IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                      No. 19-cr-0754-KWR

JOSHUA B. CORDOVA,

        Defendant.

## ORDER GRANTING DEFENDANTS' UNOPPOSED FOURTH MOTION TO EXTEND TIME TO FILE REPLY

**THIS MATTER IS BEFORE THE COURT** on Defendants' *Unopposed Fourth Motion to Extend Time to File Reply to United States' Response to Motion to Compel*, filed July 10, 2020. [Doc. 53]. The Court having reviewed the Motion and the Motion being unopposed, finds the Motion is well-taken and should be granted.

      **IT IS THEREFORE ORDERED** that Defendant shall have until August 12, 2020, to file his reply.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/  Ryan J. Villa
RYAN J. VILLA
Counsel for Defendant Joshua Cordova

Approved:

/s/ Timothy Vasquez
TIMOTHY VASQUEZ
Assistant United States Attorney